JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALEJANDRO L., | ) NO. EDCV 21-00457 KS |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: July 5, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE